IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| LUIS DANIEL ANDINO SALGADO,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>EQUIFAX INFORMATION SERVICES, LLC,<br>and TRANS UNION LLC,<br><br>Defendants. | Case No.: 3:25-cv-01406-KAD<br><br>**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil procedure, the undersigned counsel of record for Plaintiff Luis Daniel Andino Salgado ("Plaintiff") hereby certifies that the following are the names of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

1. Plaintiff Luis Daniel Andino Salgado

2. Consumer Attorneys, PLLC

3. Defendant Experian Information Solutions, Inc

4. Defendant Equifax Information Services, LLC, and

5. Defendant Trans Union LLC

Dated: September 17, 2025,     */s/ Emanuel Kataev*
Emanuel Kataev, Esq. Bar# 30975
**CONSUMER ATTORNEYS, PLLC**
68-29 Main Street
Flushing NY 11367
T: (718) 412-2421 (office)
F: (718) 489-4155 (facsimile)
E: ekataev@consumerattorneys.com

*Attorneys for Plaintiff,*
*Luis Daniel Andino Salgado*