**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | |
|---|---|
| LUIS DANIEL ANDINO SALGADO,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION LLC,<br><br>Defendants. | Case No.: 3:25-cv-01406-KAD<br><br>**SUMMONS RETURNED EXECUTED AS TO DEFENDANT TRANS UNION LLC** |

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Luis Daniel Andino Salgado has served upon Defendant Trans Union LLC copies of the following documents:

1) Issued Summons;
2) Complaint and Jury Trial Demand;
3) Civil Cover Sheet;
4) Order on Pretrial Deadlines;
5) Electronic Filing Order;
6) Standing Protective Order;
7) Notice of Option to Consent to Mag. Judge;
8) Notice to Counsel and Self-Represented Parties;
9) Disclosure Statement;

Attached hereto is a copy of the Affidavit of Service.

Dated: September 30, 2025

/s/ Emanuel Kataev
Emanuel Kataev, Esq. Bar# 358292021
**CONSUMER ATTORNEYS, PLLC**
68-29 Main Street
Flushing NY 11367
T: (718) 412-2421 (office)
F: (718) 489-4155 (facsimile)
E: ekataev@consumerattorneys.com

*Attorneys for Plaintiff,*
*Luis Daniel Andino Salgado*

# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**LUIS DANIEL ANDINO SALGADO,**

V.

## SUMMONS IN A CIVIL CASE

**EQUIFAX INFORMATION SERVICES, LLC, ET AL.,**

CASE NUMBER: **3:25−CV−01406−KAD**

TO: **Equifax Information Services, LLC, Experian Information Solutions, Inc., Trans Union LLC**
Defendant's Address:

**Trans Union LLC**
c/o Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, Illinois 62703

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Emanuel Kataev**
**Sage Legal LLC**
**18211 Jamaica Avenue**
**Jamaica, NY 11423**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**/s/ − K Gould**

*Signature of Clerk or Deputy Clerk*




**ISSUED ON 2025−09−02 12:30:18**, Clerk USDC CTD

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-01406-KAD

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Trans Union LLC was received by me on *(date)* 9/17/2025.

☐ I personally served the summons on the individual at *(place)* ____________ on *(date)* ____________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Illinois Corporation Service Company , who is designated by law to accept service of process on behalf of *(name of organization)* Trans Union LLC on *(date)* 9/19/2025 ; or

☐ I returned the summons unexecuted because: ____________; or

☐ Other: ____________ ; or

My fees are $ 0.00 for travel and $ 60.00 for services, for a total of $ 60.00.

I declare under penalty of perjury that this information is true.

Date: 09/28/2025

*Server's signature*

Edward Moore

*Printed name and title*

2841 North Oakwood Avenue

*Server's address*

Additional information regarding attempted service, etc.:
Documents served: Summons; Complaint and Jury Trial Demand; Civil Cover Sheet; Order on Pretrial Deadlines; Electronic Filing Order; Standing Protective Order; Notice of Option to Consent to Mag. Judge; Notice to Counsel and Self-Represented Parties; Disclosure Statement;