# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT
# NEW HAVEN DIVISION

| | |
|---|---|
| LUIS DANIEL ANDINO SALGADO,<br><br>        Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>EQUIFAX INFORMATION SERVICES, LLC,<br>and TRANS UNION LLC,<br><br>        Defendants. | Case No.: 3:25-cv-01406-KAD<br><br>**SUMMONS RETURNED EXECUTED AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Luis Daniel Andino Salgado has served upon Defendant Experian Information Solutions, Inc. copies of the following documents:

    1) Issued Summons;

    2) Complaint and Jury Trial Demand;

    3) Civil Cover Sheet;

    4) Order on Pretrial Deadlines;

    5) Electronic Filing Order;

    6) Standing Protective Order;

    7) Notice of Option to Consent to Mag. Judge;

    8) Notice to Counsel and Self-Represented Parties;

    9) Disclosure Statement;

Dated: September 30, 2025

*/s/ Emanuel Kataev*
Emanuel Kataev, Esq. Bar# 358292021
**CONSUMER ATTORNEYS, PLLC**
68-29 Main Street
Flushing NY 11367
T: (718) 412-2421 (office)
F: (718) 489-4155 (facsimile)
E: ekataev@consumerattorneys.com

*Attorneys for Plaintiff,*
*Luis Daniel Andino Salgado*

# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**LUIS DANIEL ANDINO SALGADO,**

V.  **SUMMONS IN A CIVIL CASE**

**EQUIFAX INFORMATION SERVICES, LLC, ET AL.,**

CASE NUMBER: **3:25–CV–01406–KAD**

TO: **Equifax Information Services, LLC, Experian Information Solutions, Inc., Trans Union LLC**
Defendant's Address:

**Experian Information Solutions, Inc.**
c/o C T Corporation System
330 North Brand Boulevard
Glendale, California 91203

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Emanuel Kataev**
**Sage Legal LLC**
**18211 Jamaica Avenue**
**Jamaica, NY 11423**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*/s/ – K Gould*
_____
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2025–09–02 12:30:18**, Clerk USDC CTD

Civil Action No. 3:25-cv-01406-KAD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Experian Information Solutions, Inc. was received by me on *(date)* 9/17/2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* C T Corporation System , who is designated by law to accept service of process on behalf of *(name of organization)* Experian Information Solutions, Inc. on *(date)* 9/19/2025 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ 0.00 for travel and $ 60.00 for services, for a total of $ 60.00.

I declare under penalty of perjury that this information is true.

Date: 09/28/2025

*Server's signature*

Amelia Johnson-Quin

*Printed name and title*

2841 North Oakwood Avenue

*Server's address*

Additional information regarding attempted service, etc.:
Documents served: Summons; Complaint and Jury Trial Demand; Civil Cover Sheet;
Order on Pretrial Deadlines; Electronic Filing Order; Standing Protective Order; Notice of Option to Consent to Mag.
Judge; Notice to Counsel and Self-Represented Parties; Disclosure Statement