IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| LUIS DANIEL ANDINO SALGADO,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>EQUIFAX INFORMATION SERVICES, LLC,<br>and TRANS UNION LLC,<br><br>Defendants. | Case No.: 3:25-cv-01406-KAD<br><br>**SUMMONS RETURNED EXECUTED<br>AS TO DEFENDANT EQUIFAX<br>INFORMATION SERVICES, LLC** |

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Luis Daniel Andino Salgado has served upon Defendant Equifax Information Services, LLC copies of the following documents:

1) Issued Summons;

2) Complaint and Jury Trial Demand;

3) Civil Cover Sheet;

4) Order on Pretrial Deadlines;

5) Electronic Filing Order;

6) Standing Protective Order;

7) Notice of Option to Consent to Mag. Judge;

8) Notice to Counsel and Self-Represented Parties;

9) Disclosure Statement;

Attached hereto is a copy of the Affidavit of Service.

Dated: September 30, 2025

1

*/s/ Emanuel Kataev*
Emanuel Kataev, Esq. Bar# 358292021
**CONSUMER ATTORNEYS, PLLC**
68-29 Main Street
Flushing NY 11367
T: (718) 412-2421 (office)
F: (718) 489-4155 (facsimile)
E: ekataev@consumerattorneys.com

*Attorneys for Plaintiff,*
*Luis Daniel Andino Salgado*

# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

**LUIS DANIEL ANDINO SALGADO,**

V.                                    **SUMMONS IN A CIVIL CASE**

**EQUIFAX INFORMATION SERVICES, LLC, ET AL.,**

CASE NUMBER: **3:25–CV–01406–KAD**

TO: **Equifax Information Services, LLC, Experian Information Solutions, Inc., Trans Union LLC**
Defendant's Address:

**Equifax Information Services, LLC**
c/o Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, Georgia 30092

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Emanuel Kataev**
**Sage Legal LLC**
**18211 Jamaica Avenue**
**Jamaica, NY 11423**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**/s/ – K Gould**
_____
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2025–09–02 12:30:18**, Clerk USDC CTD

Civil Action No. 3:25-cv-01406-KAD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Equifax Information Services, LLC was received by me on *(date)* 9/17/2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Corporation Service Company , who is designated by law to accept service of process on behalf of *(name of organization)* Equifax Information Services, LLC on *(date)* 9/19/2025 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ 0.00 for travel and $ 60.00 for services, for a total of $ 60.00.

I declare under penalty of perjury that this information is true.

Date: 09/29/2025

*Server's signature*

Sandra Brown

*Printed name and title*

2841 North Oakwood Avenue

*Server's address*

Additional information regarding attempted service, etc.:
Documents served: Summons; Complaint and Jury Trial Demand; Civil Cover Sheet; Order on Pretrial Deadlines; Electronic Filing Order; Standing Protective Order; Notice of Option to Consent to Mag. Judge; Notice to Counsel and Self-Represented Parties; Disclosure Statement;