IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| LUIS DANIEL ANDINO SALGADO,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>EQUIFAX INFORMATION SERVICES, LLC,<br>and TRANS UNION LLC,<br><br>Defendants. | Case No.: 3:25-cv-1406 (KAD) (MEG)<br><br>**<u>NOTICE TO COURT</u>** |

Dear Judge Dooley:

  We represent the Plaintiff in the above-captioned case. A proof of service was previously filed indicating that service of process had been effected on Defendants.

  However, it has recently come to our attention that there may have been irregularities with respect to the original service in this and certain other cases. Therefore, out of an abundance of caution, we have retained a reputable, independent process server to re-serve Defendants in full compliance with the Federal Rules of Civil Procedure, while we investigate the circumstances surrounding the failure of service based on our prior attempts which we believed were successful until recently.

  To the extent any delay in Defendants' appearance or response may be attributable to incomplete or defective service, we respectfully request that the Court excuse any such delay while proper service is effectuated. We will promptly file an updated proof of service once completed. The deadline to effectuate service according to Rule 4(m) of the Federal Rules of Civil Procedure is currently November 30, 2025 and Plaintiff intends to timely do so.

1

Plaintiff thanks this honorable Court for its time and attention to this case, and apologizes for any confusion or inconvenience caused.

Dated: Flushing, New York
October 29, 2025

Respectfully submitted,

**CONSUMER ATTORNEYS, PLLC**

/s/ Emanuel Kataev, Esq.
Emanuel Kataev, Esq.
District of Connecticut Bar# 30975
6829 Main Street
Flushing NY 11367-1305
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

*Attorneys for Plaintiff*
*Luis Daniel Andino Salgado*