IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUIS DANIEL ANDINO SALGADO,<br>　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC,<br>　　　　Defendants. | Case No.: 3:25-cv-01406-KAD |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for Defendant, Experian Information Solutions, Inc.

Dated: November 18, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Eric J. Herst (ct31399)
　　　　　　　　　　　　　　　　　　Eric J. Herst (ct31399)
　　　　　　　　　　　　　　　　　　Carmody Torrance Sandak & Hennessey LLP
　　　　　　　　　　　　　　　　　　50 Leavenworth Street
　　　　　　　　　　　　　　　　　　Waterbury, CT 06702
　　　　　　　　　　　　　　　　　　Telephone: (203) 575-2604
　　　　　　　　　　　　　　　　　　Facsimile: (203) 575-2600
　　　　　　　　　　　　　　　　　　Email:  eherst@carmodylaw.com

　　　　　　　　　　　　　　　　　　*Attorney for Defendant*
　　　　　　　　　　　　　　　　　　*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that, on November 18, 2025, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM-ECF System.

                                               /s/ Eric J. Herst (ct31399)