UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUIS DANIEL ANDINO SALGADO,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC,<br>          Defendants. | Case No. 3:25-cv-01406 |

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Experian Information Solutions, Inc. ("Experian"), hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1. Parent Companies:  The ultimate parent company of Experian is Experian plc.

2. Subsidiaries Not Wholly Owned:  The following companies are the U.S.-based subsidiaries of Experian plc that are not wholly owned and are not publicly traded:

    (a) Central Source LLC
    (b) Online Data Exchange LLC
    (c) New Management Services LLC
    (d) VantageScore Solutions LLC
    (e) Opt-Out Services LLC

2

3.      Publicly Held Companies:  Experian plc indirectly owns 100 percent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

Dated:  November 18, 2025                           Respectfully submitted,

/s/  Eric J. Herst (ct31399)
Eric J. Herst (ct31399)
Carmody Torrance Sandak & Hennessey LLP
50 Leavenworth Street
Waterbury, CT 06721-1110
Telephone: 203-575-2604
Fax: 203-575-2600
EHerst@carmodylaw.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that, on November 18, 2025 a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM-ECF System.

                                                            Eric J. Herst (ct31399) _____