IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUIS DANIEL ANDINO SALGADO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC,<br><br>　　　　Defendants. | Civil Case No.: 3:25-CV-01406-KAD |

## EXPERIAN'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to D.Conn.L.Civ.R. 7(b), defendant, Experian Information Solutions, Inc. ("Experian"), moves for an initial twenty-one (21) day extension of time to December 17, 2025, in which to plead, move, or otherwise respond to the Plaintiff's Complaint. In support of its Motion, Experian shows the Court as follows:

　　1.　Plaintiff filed his Complaint with this Court on September 1, 2025. Experian was served with the Complaint on November 5, 2025, making its Answer currently due November 26, 2025.

　　2.　Experian recently engaged the undersigned to represent it in this matter.

　　3.　Experian has not previously requested an extension of time in this matter.

　　4.　The proposed extension of time is for good cause, and necessary to allow counsel to investigate Plaintiff's allegations and assess his claims such that Experian can adequately respond to Plaintiff's Complaint.

　　5.　The proposed extension is sought in good faith and not for the purposes of delay.

6. Experian's counsel has contacted Plaintiff's counsel regarding this matter, and Plaintiff's counsel does not oppose a three-week extension.

7. No party would be prejudiced by the proposed extension.

WHEREFORE, Experian respectfully requests that this Court enter an Order extending its time to respond to Plaintiff's Complaint by twenty-one days, up to and including December 17, 2025.

Dated: November 19, 2025                           Respectfully submitted,

/s/  Eric J. Herst (ct31399)
Eric J. Herst (ct31399)
Carmody Torrance Sandak & Hennessey LLP
50 Leavenworth Street
Waterbury, CT 06721-1110
Telephone: 203-575-2604
Fax: 203-575-2600
EHerst@carmodylaw.com

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically on November 19, 2025. Notice of this filing was sent by operation of the Court's electronic filing system. The parties may access this filing through the Court's ECF system.

/s/  Eric J. Herst (ct31399)