## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT
## NEW HAVEN DIVISION

| | |
|---|---|
| LUIS DANIEL ANDINO SALGADO, <br><br> Plaintiff, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION LLC, <br><br> Defendants. | **Case No**.: 3:25-cv-1406 (KAD) (MEG) <br><br> **SUMMONS RETURNED EXECUTED AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

Pursuant to the Rule 4 of the Federal Rules of Civil Procedure, Plaintiff Luis Daniel Andino Salgado has served upon Defendant Equifax Information Services, LLC copies of the following documents:

> 1) Issued Summons;
> 2) Complaint and Jury Trial Demand;
> 3) Civil Cover Sheet;
> 4)  Order on Pretrial Deadlines;
> 5) Electronic Filing Order;
> 6) Standing Protective Order;
> 7) Notice of Option to Consent to Mag. Judge;
> 8) Notice to Counsel and Self-Represented Parties;
> 9) Disclosure Statement.

Attached hereto is a copy of the Affidavit of Service.

Dated: Flushing, New York
      November 19, 2025

Respectfully submitted,
**CONSUMER ATTORNEYS, PLLC**
By: */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
6829 Main Street
Flushing NY 11367-1305
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

*Attorneys for Plaintiff*
*Luis Daniel Andino Salgado*

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**LUIS DANIEL ANDINO SALGADO,**

V.    **SUMMONS IN A CIVIL CASE**

**EQUIFAX INFORMATION SERVICES, LLC, ET AL.,**

CASE NUMBER: **3:25–CV–01406–KAD**

TO: **Equifax Information Services, LLC, Experian Information Solutions, Inc., Trans Union LLC**
Defendant's Address:

**Equifax Information Services, LLC**
c/o Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, Georgia 30092

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Emanuel Kataev**
**Sage Legal LLC**
**18211 Jamaica Avenue**
**Jamaica, NY 11423**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**/s/ – K Gould**

*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2025–09–02 12:30:18**, Clerk USDC CTD

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Emanuel Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY 11423<br>Telephone No: 718-412-2421 | | |
| Attorney for: Plaintiff(s) | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:

United States District Court - District of Connecticut

Plaintiff(s): Luis Daniel Andino Salgado

Defendant: Equifax Information Services, LLC

| **AFFIDAVIT OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>25CV01406KAD |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint and Jury Trial Demand; Civil Cover Sheet; Order on Pretrial Deadlines; Electronic Filing Order; Standing Protective Order;Notice of Option to Consent to Mag. Judge;  Notice to Counsel and Self-Represented Parties; Disclosure Statement

3. a. Party served:                             Equifax Information Services LLC
   b. Person served:                       Alisha Smith, Authorized Agent, African American, Female, 30-40 Years Old, Black Hair, 5 Feet 6 Inches, 150-165 Pounds.

4. Address where the party was served:      Corporation Service Company
                                      2 Sun Court, Suite 400
                                      Peachtree Corners, GA  30092

5. I served the party:
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Nov. 06, 2025 (2) at: 10:43AM

7. *Person Who Served Papers:*                           *Fee for Service:*
   a. Chris  Stanton
   **b. Class Action Research & Litigation**
     P O Box 740
     Penryn, CA  95663
   c. (916) 663-2562, FAX (916) 663-4955

8. *I declare under penalty of perjury under the laws of the State of GEORGIA and under the laws of the United States Of America that the foregoing is true and correct.*

AFFIDAVIT OF SERVICE                              (Chris  Stanton)

emkat.288069

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | |
|---|---|
| LUIS DANIEL ANDINO SALGADO, | **Case No.**: 3:25-cv-1406 (KAD) (MEG) |
| Plaintiff, | **SUMMONS RETURNED EXECUTED AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| vs. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION LLC, | |
| Defendant. | |

Pursuant to the Rule 4 of the Federal Rules of Civil Procedure, Plaintiff Luis Daniel Andino Salgado has served upon Defendant Experian Information Solutions, Inc. copies of the following documents:

1) Issued Summons;
2) Complaint and Jury Trial Demand;
3) Civil Cover Sheet;
4) Order on Pretrial Deadlines;
5) Electronic Filing Order;
6) Standing Protective Order;
7) Notice of Option to Consent to Mag. Judge;
8) Notice to Counsel and Self-Represented Parties;
9) Disclosure Statement.

Attached hereto is a copy of the Affidavit of Service.

Dated: Flushing, New York
        November 19, 2025

Respectfully submitted,
**CONSUMER ATTORNEYS, PLLC**
By: */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
6829 Main Street
Flushing NY 11367-1305
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com
*Attorneys for Plaintiff*
*Luis Daniel Andino Salgado*

1

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**LUIS DANIEL ANDINO SALGADO,**

V.            **SUMMONS IN A CIVIL CASE**

**EQUIFAX INFORMATION SERVICES, LLC, ET AL.,**

CASE NUMBER: **3:25–CV–01406–KAD**

    TO: **Equifax Information Services, LLC, Experian Information Solutions, Inc., Trans Union LLC**
Defendant's Address:

**Experian Information Solutions, Inc.**
c/o C T Corporation System
330 North Brand Boulevard
Glendale, California 91203

    A lawsuit has been filed against you.

    Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Emanuel Kataev**
**Sage Legal LLC**
**18211 Jamaica Avenue**
**Jamaica, NY 11423**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**/s/ – K Gould**

*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2025–09–02 12:30:18**, Clerk USDC CTD

| | | For Court Use Only |
|---|---|---|
| *Attorney or Party without Attorney:*<br>Emanuel Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY 11423<br>*Telephone No:* 718-412-2421 | | |
| *Attorney for:* Plaintiff(s) | *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
 United States District Court - District of Connecticut

*Plaintiff(s):* Luis Daniel Andino Salgado

*Defendant:* Equifax Information Services, LLC

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>25CV01406KAD |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint and Jury Trial Demand; Civil Cover Sheet; Order on Pretrial Deadlines; Electronic Filing Order; Standing Protective Order;Notice of Option to Consent to Mag. Judge;  Notice to Counsel and Self-Represented Parties; Disclosure Statement

*3. a. Party served:*                 Experian Information Solutions, Inc.
   *b. Person served:*            Diana Ruiz, Authorized Agent, Hispanic, Female, 30 Years Old, Brown Hair, Brown Eyes, 5 Feet 2 Inches, 150 Pounds

*4. Address where the party was served:*     C T Corporation System
                                              330 N. Brand Blvd.
                                              Suite 700
                                              Glendale, CA 91203

*5. I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Nov. 05, 2025 (2) at: 11:50AM

*7. Person Who Served Papers:*                      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Tigran Gayayan                               d. ***The Fee*** *for Service was:*
   **b. Class Action Research & Litigation**         e. I am: (3) registered California process server
     P O Box 740                                   *(i)*   Employee
     Penryn, CA 95663                       *(ii)*   *Registration No.:*     2021078550
   c. (916) 663-2562, FAX (916) 663-4955      *(iii)*   *County:*                Los Angeles

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date:  Wed, Nov. 05, 2025*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | |
|---|---|
| LUIS DANIEL ANDINO SALGADO, | **Case No**.: 3:25-cv-1406 (KAD) (MEG) |
| Plaintiff, | |
| vs. | **SUMMONS RETURNED EXECUTED AS TO DEFENDANT TRANS UNION LLC** |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION LLC, | |
| Defendant. | |

Pursuant to the Rule 4 of the Federal Rules of Civil Procedure, Plaintiff Luis Daniel Andino

Salgado has served upon Defendant Trans Union LLC copies of the following documents:

1) Issued Summons;
2) Complaint and Jury Trial Demand;
3) Civil Cover Sheet;
4) Order on Pretrial Deadlines;
5) Electronic Filing Order;
6) Standing Protective Order;
7) Notice of Option to Consent to Mag. Judge;
8) Notice to Counsel and Self-Represented Parties;
9) Disclosure Statement.

Attached hereto is a copy of the Affidavit of Service.

Dated: Flushing, New York
November 19, 2025

Respectfully submitted,
**CONSUMER ATTORNEYS, PLLC**
By: */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
6829 Main Street
Flushing NY 11367-1305
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

*Attorneys for Plaintiff*
*Luis Daniel Andino Salgado*

1

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**LUIS DANIEL ANDINO SALGADO,**

V.     **SUMMONS IN A CIVIL CASE**

**EQUIFAX INFORMATION SERVICES, LLC, ET AL.,**

CASE NUMBER: **3:25–CV–01406–KAD**

TO: **Equifax Information Services, LLC, Experian Information Solutions, Inc., Trans Union LLC**
Defendant's Address:

**Trans Union LLC**
c/o Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, Illinois 62703

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Emanuel Kataev**
**Sage Legal LLC**
**18211 Jamaica Avenue**
**Jamaica, NY 11423**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**/s/ – K Gould**
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2025–09–02 12:30:18**, Clerk USDC CTD

| *Attorney or Party without Attorney:*<br>Emanuel  Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY  11423<br>*Telephone No:* 718-412-2421 | | *For Court Use Only* |
|---|---|---|
| *Attorney for:* Plaintiff(s) | *Ref. No. or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:*<br> United States District Court - District of Connecticut | | |
| *Plaintiff(s):* Luis Daniel Andino Salgado | | |
| *Defendant:* Equifax Information Services, LLC | | |

| **AFFIDAVIT OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>25CV01406KAD |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons in a Civil Action; Complaint and Jury Trial Demand; Civil Cover Sheet; Order on Pretrial Deadlines; Electronic Filing Order; Standing Protective Order;Notice of Option to Consent to Mag. Judge;  Notice to Counsel and Self-Represented Parties; Disclosure Statement

*3.  a. Party served:*           Trans Union LLC
 *b. Person served:*         Baylon Elfgen, Authorized Agent for Service, Caucasian, Male, 30-40 Years Old, Brown Hair, 6 Feet 3 Inches, 275-325 Pounds.

*4.  Address where the party was served:*  Illinois Corporate Service
               801 Adlai Stevenson Drive
               Springfield, IL  62703

*5.  I served the party:*
 a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive
  process for the party (1) on: Fri., Nov. 07, 2025 (2) at: 3:40PM

*7. **Person Who Served Papers:***        *Fee for Service:*
 a. Sarah  Sullivan
 **b. Class Action Research & Litigation**
  P O Box 740
  Penryn, CA  95663
 c. (916) 663-2562, FAX (916) 663-4955

*8.  I declare under penalty of perjury under the laws of the State of ILLINOIS and under the laws of the United States Of America that the foregoing is true and correct.*

            **AFFIDAVIT OF SERVICE**       **(Sarah  Sullivan)**   *emkat.288073*