UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (NEW HAVEN)

| | |
|---|---|
| JOSE GUADALUPE VILLEGAS PERALTA,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATON SOLUTIONS, INC, and TRANSUNION, LLC,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Case No. 3:25-cv-01718-SFR |

## **APPEARANCE**

Please enter the appearance of the undersigned as attorney for the Defendant, Equifax Information Services, LLC, in the above-captioned matter.

Respectfully submitted this November 24, 2025.

                                           Defendant,
                                           EQUIFAX INFORMATION SERVICES LLC

                                           By  /s/ *Eric J. Rigoli*
                                           *Counsel for Equifax Information Services, LLC*
                                           Eric J. Rigoli (ct31287)
                                           Robinson & Cole LLP
                                           One State Street
                                           Hartford, CT 06103
                                           Phone: 860-275-8200
                                           Fax: 860-275-8299
                                           E-mail: erigoli@rc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Eric J. Rigoli*
Eric J. Rigoli