**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT (NEW HAVEN)**

| | |
|---|---|
| **LUIS DANIEL ADDINO SALGADO,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| **v.** § | **Case No. 3:25-cv-01406-KAD** |
| **EQUIFAX INFORMATION SERVICES,** § | |
| **LLC, EXPERIAN INFORMATON** § | |
| **SOLUTIONS, INC, and TRANSUNION,** § | |
| **LLC,** § | |
| § | |
| **Defendants.** § | |

## APPEARANCE

Please enter the appearance of the undersigned as attorney for the Defendant, Equifax

Information Services, LLC, in the above-captioned matter.

Respectfully submitted this November 24, 2025.

Defendant,
EQUIFAX INFORMATION SERVICES LLC

By  /s/ *Eric J. Rigoli*
*Counsel for Equifax Information Services,*
*LLC*
Eric J. Rigoli (ct31287)
Robinson & Cole LLP
One State Street
Hartford, CT 06103
Phone: 860-275-8200
Fax: 860-275-8299
E-mail: erigoli@rc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Eric J. Rigoli*
Eric J. Rigoli