UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (NEW HAVEN)

| | |
|---|---|
| **LUIS DANIEL ADDINO SALGADO,** § <br> § <br> **Plaintiff,** § <br> § <br> v. § <br> **EQUIFAX INFORMATION SERVICES,** § <br> **LLC, EXPERIAN INFORMATON** § <br> **SOLUTIONS, INC, and TRANSUNION,** § <br> **LLC,** § <br> § <br> **Defendants.** § | Case No. 3:25-cv-01406-KAD |

**DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S**
<u>**CORPORATE DISCLOSURE STATEMENT**</u>

Defendant, Equifax Information Services LLC ("Equifax") submits the following Rule 7.1 Corporate Disclosure Statement:

Equifax is a wholly-owned subsidiary of Equifax, Inc., which is a publicly traded company.

Defendant,
EQUIFAX INFORMATION SERVICES LLC

By  /s/ *Eric J. Rigoli*
*Counsel for Equifax Information Services, LLC*
Eric J. Rigoli (ct31287)
Robinson & Cole LLP
One State Street
Hartford, CT 06103
Phone: 860-275-8200
Fax: 860-275-8299
E-mail: erigoli@rc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Eric J. Rigoli*
Eric J. Rigoli