UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

---

| | |
|---|---|
| LUIS DANIEL ANDINO SALGADO,<br>　　Plaintiff, | CASE NO. 3:25-cv-01406-KAD |
| vs. | |
| EXPERIAN INFORMATION SOLUTIONS INC.; EQUIFAX INFORMATION SERVICES LLC, and TRANS UNION, LLC,<br>　　Defendants. | **TRANS UNION LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

---

Defendant Trans Union LLC, by counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states as follows:

Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity on the New York Stock Exchange under the ticker symbol: TRU. Massachusetts Financial Services Company, a publicly traded entity, owns 10% or more of TransUnion's stock. No public company directly owns 10% or more of the ownership in Trans Union LLC.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/Timothy J. Lee
　　　　　　　　　　　　　　　　　　Timothy J. Lee, Esq. (CT 15118)
　　　　　　　　　　　　　　　　　　Fasano, Ippolito, Lee & Florentine, LLC
　　　　　　　　　　　　　　　　　　107 Montowese Street
　　　　　　　　　　　　　　　　　　Branford, CT  06405
　　　　　　　　　　　　　　　　　　Telephone: (203) 787-6555
　　　　　　　　　　　　　　　　　　Fax: (203) 776-2119
　　　　　　　　　　　　　　　　　　E-Mail: tlee@fillaw.com

　　　　　　　　　　　　　　　　　　*Local Counsel for Defendant Trans Union LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **26th day of November, 2025**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Emanuel Kataev, Esq. <br> emanuel@sagelegal.nyc | Eric Rigoli, Esq. <br> erigoli@rc.com |
|---|---|
| Eric Herst, Esq. <br> eherst@carmodylaw.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **26th day of November, 2025**, properly addressed as follows:

| None. | |
|---|---|

/s/Timothy J. Lee
Timothy J. Lee, Esq. (CT 15118)
Fasano, Ippolito, Lee & Florentine, LLC
107 Montowese Street
Branford, CT  06405
Telephone:  (203) 787-6555
Fax:  (203) 776-2119
E-Mail:  tlee@fillaw.com

*Lead Counsel for Defendant Trans Union LLC*

2