# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT
# NEW HAVEN DIVISION

| | |
|---|---|
| LUIS DANIEL ANDINO SALGADO,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC,<br><br>Defendants. | Case No.: 3:25-cv-01406-KAD-MEG<br><br>**NOTICE OF APPEARANCE** |

**NOTICE IS HEREBY GIVEN** that, pursuant to Local Rule 5(B), Yaear Weintroub of the Consumer Attorneys PLLC enters his appearance as Counsel for Plaintiff Luis Daniel Andino Salgado in the above captioned matter. All pleadings, papers, and correspondence in this matter should be served upon undersigned counsel.

Dated: December 20, 2025,

                                        */s/ Yaear Weintroub*
                                        Yaear Weintroub (NY Bar No. 6153431)
                                        CONSUMER ATTORNEYS
                                        68-29 Main Street
                                        Flushing NY 11367
                                        T: (718) 576-1863
                                        F: (718) 247-8020
                                        E: yweintroub@consumerattorneys.com

                                        *Attorneys for Plaintiff,*
                                        *Luis Daniel Andino Salgado*

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: */s/ Yaear Weintroub*