UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (NEW HAVEN)

| | |
|---|---|
| LUIS DANIEL ADDINO SALGADO,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC, and TRANSUNION, LLC,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§ Case No. 3:25-cv-01406-KAD<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER TO PLAINTIFF'S COMPLAINT**

Defendant Equifax Information Services LLC ("Equifax"), by and through its undersigned counsel, files its Answer to Plaintiff's Complaint ("Complaint") as follows:

**PRELIMINARY STATEMENT**

In answering the Complaint, Equifax states that it is responding to allegations on behalf of itself only, even where the allegations pertain to alleged conduct by all Defendants. Equifax denies any and all allegations in the headings and/or unnumbered paragraphs in the Complaint.

**INTRODUCTION**

1. Equifax admits that Plaintiff purports to bring claims under the FCRA but denies that it violated the FCRA and denies it is liable to Plaintiff for any damages.

**JURISDICTION AND VENUE**

2. Equifax admits that this Court has jurisdiction over this matter.

3. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3.

## PARTIES

4. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4.

5. Equifax admits the allegations in Paragraph 5.

6. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6.

7. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7.

## FACTUAL ALLEGATIONS
*Plaintiff Discovers the Identity Theft*

8. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8.

9. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9.

10. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10.

11. Equifax states that each consumer credit report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer credit report, the allegations in Paragraph 11 are denied. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 11.

12. Equifax states that each consumer credit report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer credit report, the allegations in Paragraph 12 are denied.

13. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13.

14. Equifax states that each consumer credit report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer credit report, the allegations in Paragraph 14 are denied. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 14.

15. Equifax states that each consumer credit report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer credit report, the allegations in Paragraph 15 are denied. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 15.

16. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16.

17. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17.

18. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18.

19. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19.

### Plaintiff's Dispute to Defendants in February 2025

20. Equifax states that each consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 20 are denied.

21. Equifax states that each consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 21 are denied.

22. Equifax states that each consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 22 are denied.

23. Equifax states that each consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 23 are denied.

24. Equifax states that each consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 24 are denied.

**Equifax's Unreasonable Dispute Reinvestigation**

25. Equifax states that the referenced correspondence speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the correspondence, the allegations in Paragraph 25 are denied.

26. Equifax states that each consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 26 are denied.

27. Equifax states that the referenced correspondence speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the correspondence, the allegations in Paragraph 27 are denied.

28. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28.

29. Equifax states that each consumer credit report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer credit report, the allegations in Paragraph 29 are denied. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 29.

30. Equifax denies the allegations in Paragraph 30.

31. Equifax denies the allegations in Paragraph 31.

32. Equifax denies the allegations as stated in Paragraph 32.

33. Equifax denies the allegations in Paragraph 33.

34. Equifax denies the allegations in Paragraph 34.

### TU's Refuses to Investigate

35. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35.

36. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36.

37. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37.

38. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38.

39. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39.

40. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40.

41. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41.

**Experian Refuses to Investigate**

42. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42.

43. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43.

44. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44.

45. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45.

46. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46.

47. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47.

48. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48.

**PLAINTIFF'S DAMAGES**

49. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49.

50. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50.

51. Equifax states that each consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 51 are denied.

52. Equifax states that each consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 52 are denied.

53. Equifax denies the allegations as stated in Paragraph 53.

54. Equifax denies the allegations as stated in Paragraph 54.

55. Equifax denies the allegations as stated in Paragraph 55.

56. Equifax states that the referenced lawsuit speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the lawsuit, the allegations in Paragraph 56 are denied.

57. Equifax denies the allegations as stated in Paragraph 57.

58. Equifax denies the allegations in Paragraph 58.

59. Equifax denies the allegations as stated in Paragraph 59.

60. Equifax denies the allegations in Paragraph 60.

61. Equifax denies the allegations in Paragraph 61.

62. Equifax denies the allegations in Paragraph 62.

63. Equifax denies the allegations in Paragraph 63.

64. Equifax denies the allegations in Paragraph 64.

65. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 65.

## COUNT I
### 15 U.S.C. §1681e(b)
### Failure to Follow Reasonable Procedures to Assure Maximum Possible Accuracy
### (All Defendants)

66. Equifax reasserts and re-alleges its responses and defenses as set forth herein.

67. Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 67 are denied.

68. Equifax denies the allegations in Paragraph 68.

69. Equifax denies the allegations in Paragraph 69.

70. Equifax denies the allegations in Paragraph 70.

71. Equifax states that each consumer credit report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer credit report, the allegations in Paragraph 71 are denied.

72. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 72.

73. Equifax states that each consumer credit report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer credit report, the allegations in Paragraph 73 are denied.

74. Equifax denies the allegations in Paragraph 74.

75. Equifax denies the allegations in Paragraph 75.

76. Equifax denies the allegations in Paragraph 76.

77. Equifax denies the allegations in Paragraph 77.

## COUNT II
### 15 U.S.C. §1681i

**Failure to Perform a Reasonable Reinvestigation**
**(All Defendants)**

78. Equifax reasserts and re-alleges its responses and defenses as set forth herein.

79. Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 79 are denied.

80. Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 80 are denied.

81. Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 81 are denied.

82. Equifax states that each consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 82 are denied.

83. Equifax states that each consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 83 are denied.

84. Equifax denies the allegations as stated in Paragraph 84.

85. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 85.

86. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 86.

87. Equifax denies the allegations in Paragraph 87.

88. Equifax denies the allegations as stated in Paragraph 88.

89. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 89.

90. Equifax denies the allegations as stated in Paragraph 90.

91. Equifax denies the allegations in Paragraph 91.

92. Equifax denies the allegations in Paragraph 92.

93. Equifax denies the allegations in Paragraph 93.

94. Equifax denies the allegations in Paragraph 94.

**COUNT III**
**15 U.S.C. §1681c-2**
**Failure to Block Identity Theft Information**
**(All Defendants)**

95. Equifax reasserts and re-alleges its responses and defenses as set forth herein.

96. Equifax denies the allegations in Paragraph 96.

97. Equifax states that each consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 97 are denied.

98. Equifax denies the allegations in Paragraph 98.

99. Equifax denies the allegations as stated in Paragraph 99.

100. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 100.

101. Equifax denies the allegations as stated in Paragraph 101.

102. Equifax denies the allegations in Paragraph 102.

103. Equifax denies the allegations in Paragraph 103.

104. Equifax denies the allegations in Paragraph 104.

105. Equifax denies the allegations in Paragraph 105.

**PRAYER FOR RELIEF**

Equifax denies that Plaintiff is entitled to any relief sought in the paragraphs contained in his Prayer for Relief.

Any allegation in Plaintiff's Complaint not heretofore specifically responded to by Equifax is hereby expressly denied.

**WHEREFORE**, having fully answered or otherwise responded to the allegations in Plaintiff's Complaint, Equifax prays that:

(1) Plaintiff's Complaint be dismissed in its entirety and with prejudice, with all costs taxed against Plaintiff; and

(2) It recovers such other and additional relief as the Court deems just and appropriate.

### JURY DEMAND

Equifax admits that Plaintiff demands a jury trial.

DATED: December 22nd, 2025      EQUIFAX INFORMATION SERVICES LLC

By  /s/ *Eric J. Rigoli*
*Counsel for Equifax Information Services, LLC*
Eric J. Rigoli (ct31287)
Robinson & Cole LLP
One State Street
Hartford, CT 06103
Phone: 860-275-8200
Fax: 860-275-8299
E-mail: erigoli@rc.com

- 12 -

## CERTIFICATE OF SERVICE

I hereby certify that, on December 22, 2025, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM-ECF System.

*/s/ Eric J. Rigoli*
Eric J. Rigoli