UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (NEW HAVEN)

| | |
|---|---|
| LUIS DANIEL ANDINO SALGADO,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATON SOLUTIONS, INC, and TRANSUNION, LLC,<br><br>Defendants. | §<br>§<br>§<br>§<br>§ Case No. 3:25-cv-01406-KAD<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## APPEARANCE

Please enter the appearance of the undersigned as attorney for the Defendant, Equifax Information Services, LLC, in the above-captioned matter.

Respectfully submitted this January 8, 2026.

                                                Defendant,
                                                EQUIFAX INFORMATION SERVICES, LLC

                                                By /s/ Tyler G. Haas
                                                    *Counsel for Equifax Information Services, LLC*
                                                  Tyler G. Haas (ct31981)
                                                  Robinson & Cole LLP
                                                  One State Street
                                                  Hartford, CT 06103
                                                  Phone: 860-275-8200
                                                  Fax: 860-275-8299
                                                  E-mail: thaas@rc.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 8, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

      */s/ Tyler G. Haas*
      Tyler G. Haas