UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (NEW HAVEN)

| | |
|---|---|
| LUIS DANIEL ADDINO SALGADO, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> EQUIFAX INFORMATION SERVICES, § <br> LLC, EXPERIAN INFORMATON § <br> SOLUTIONS, INC, and TRANSUNION, § <br> LLC, § <br> § <br> Defendants. § | Case No. 3:25-cv-01406-KAD |

**MOTION OF ATTORNEY ERIC J. RIGOLI TO WITHDRAW APPEARANCE
ON BEHALF OF DEFENANT, EQUIFAX INFORMATION SERVICES, LLC**

The undersigned, Eric J. Rigoli, hereby moves to withdraw his appearance on behalf of Defendant, Equifax Information Services, LLC. The Defendant has been informed and consents to the withdrawal. The Defendant will continue to be represented by Attorney Tyler Haas at Robinson & Cole, LLP.

Respectfully Submitted,

Defendant,
EQUIFAX INFORMATION SERVICES LLC

By  /s/ *Eric J. Rigoli*
*Counsel for Equifax Information Services, LLC*
Eric J. Rigoli (ct31287)
Robinson & Cole LLP
One State Street
Hartford, CT 06103
Phone: 860-275-8200
Fax: 860-275-8299
E-mail: erigoli@rc.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 8, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                                                                */s/ Eric J. Rigoli*
                                                                                                Eric J. Rigoli