**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION**

| | |
|---|---|
| LUIS DANIEL ANDINO SALGADO,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION LLC,<br><br>    Defendants. | **Case No.: 3:25-cv-1406 (KAD) (MEG)**<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Luis Daniel Andino Salgado and Defendant Equifax Information Services, LLC ("Equifax"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Equifax Information Services, LLC only.

Dated: April 21, 2026,

| | |
|---|---|
| */s/ Yaear Weintroub*<br>Yaear Weintroub<br>(*Pro Hac Vice - phv209096*)<br>*/s/ Emanuel Kataev*<br>Emanuel Kataev (ct435851)<br>**CONSUMER ATTORNEYS PLLC**<br>68-29 Main Street<br>Flushing NY 11367<br>T: (718) 412-2421 (office)<br>F: (718) 489-4155 (facsimile)<br>E: ekataev@consumerattorneys.com<br>E: yweintroub@consumerattorneys.com<br><br>*Attorneys for Plaintiff,*<br>*Luis Daniel Andino Salgado* | */s/ Tyler G. Haas*<br>Tyler G. Haas (ct31981)<br>**Robinson & Cole LLP**<br>One State Street<br>Hartford, CT 06103<br>Phone: 860-275-8200<br>Fax: 860-275-8299<br>E-mail: thaas@rc.com<br><br><br>*Counsel for Defendant*<br>*Equifax Information Services, LLC* |

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

By: */s/ Yaear Weintroub*