**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION**

|  |  |
|---|---|
| LUIS DANIEL ANDINO SALGADO, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION LLC, <br><br> Defendants. | **Case No.: 3:25-cv-1406 (KAD) (MEG)** <br><br><br> **[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Equifax Information Services, LLC only, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Equifax Information Services, LLC only.

**IT IS SO ORDERED**.


Dated: _____


_____
HONORABLE KARI A. DOOLEY
UNITED STATES DISTRICT JUDGE