**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION**

LUIS DANIEL ANDINO SALGADO,

        Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., EQUIFAX
INFORMATION SERVICES, LLC, and
TRANS UNION LLC,

        Defendants.

**Case No.: 3:25-cv-1406 (KAD) (MEG)**

**PLAINTIFF'S MOTION TO REOPEN THE CASE AS TO DEFENDANT TRANS UNION LLC ONLY**

Plaintiff respectfully moves the Court to reopen this action pursuant to the Court's Order administratively closing the case [Dkt. 46].

In support of this Motion, Plaintiff states as follows:

1) Plaintiff commenced this action on September 1, 2025.

2) On May 7, 2026, Plaintiff accepted Defendant Trans Union's settlement offer.

3) On June 5, 2026, Plaintiff filed a Notice of Settlement as to defendant Trans Union Only.

4) Failing to hear back from Trans Union's counsel, the undersigned sent two follow-up emails and called Trans Union's counsel multiple times.

5) On June 9, 2026, Trans Union's counsel responded to Plaintiff's counsel's email. Trans Union's counsel stated that it would work to get send a proposed settlement agreement within a day or two.

6) Plaintiff's counsel has sent numerous follow-up emails and has called Trans Union's counsel multiple times, to no avail.

7) Because the complete terms of the settlement have not been finalized and no stipulation

1

of dismissal has been filed, Plaintiff respectfully requests that the Court reopen this matter and restore it to the active docket so that this litigation may proceed.

**WHEREFORE**, Plaintiff respectfully requests that the Court to reopen this action, restore this matter to the Court's active docket, and grant such other and further relief as the Court deems just and proper.

Dated: July 21, 2026,

*/s/ Yaear Weintroub*
Yaear Weintroub
(*Pro Hac Vice - phv209096*)

*/s/ Emanuel Kataev*
Emanuel Kataev (ct435851)
**CONSUMER ATTORNEYS PLLC**
68-29 Main Street
Flushing NY 11367
T: (718) 412-2421 (office)
F: (718) 489-4155 (facsimile)
E: ekataev@consumerattorneys.com
E: yweintroub@consumerattorneys.com

*Attorneys for Plaintiff,*
*Luis Daniel Andino Salgado*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

By: */s/ Yaear Weintroub*