**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION**

LUIS DANIEL ANDINO SALGADO,

    Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., EQUIFAX
INFORMATION SERVICES, LLC, and
TRANS UNION LLC,

    Defendants.

**Case No.: 3:25-cv-1406 (KAD) (MEG)**

**[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION TO REOPEN
THE CASE AS TO DEFENDANT TRANS
UNION LLC ONLY**

Upon review of the Plaintiff's Motion to Reopen Case as to Defendant Trans Union only and good cause appearing,

**IT IS ORDERED** that the Motion is GRANTED.

It is further **ORDERED** that this action is **REOPENED** and restored to the active docket of the Court for all further proceedings.

**IT IS SO ORDERED.**

Dated: _____

      _____
      HONORABLE KARI A. DOOLEY
      US DISTRICT JUDGE