**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION**

| | |
|---|---|
| LUIS DANIEL ANDINO SALGADO,<br><br>Plaintiff,<br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION LLC,<br><br>Defendants. | **Case No.: 3:25-cv-1406 (KAD) (MEG)**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC ONLY** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Luis Daniel Andino Salgado and Defendant Trans Union LLC ("Trans Union"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Trans Union LLC only. There are no remaining Defendants in this matter.

Dated: October 2, 2026,

/s/ Yaear Weintroub
Yaear Weintroub
(*Pro Hac Vice - phv209096*)
/s/ Emanuel Kataev
Emanuel Kataev (ct435851)
CONSUMER ATTORNEYS PLLC
68-29 Main Street
Flushing NY 11367
T: (718) 412-2421 (office)
F: (718) 489-4155 (facsimile)
E: ekataev@consumerattorneys.com
E: yweintroub@consumerattorneys.com

*Attorneys for Plaintiff,*
*Luis Daniel Andino Salgado*

/s/ Timothy J. Lee, Esq.
Timothy J. Lee, Esq (ct15118)
Fasano, Ippolito, Lee & Florentine, LLC
107 Montowese Street
Branford, CT 06405
T: (203) 787-6555
F: (203) 776-2119
E: tlee@fillaw.com

*Lead Counsel for Defendant*
*Trans Union LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

By: *<u>/s/ Yaear Weintroub</u>*