**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | |
|---|---|
| LUIS DANIEL ANDINO SALGADO,<br><br>Plaintiff,<br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION LLC,<br><br>Defendants. | **Case No.: 3:25-cv-1406 (KAD) (MEG)**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC ONLY** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Trans Union LLC only, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Trans Union LLC only.

**IT IS SO ORDERED**.

Dated: ____________

______________________________
HONORABLE KARI A. DOOLEY
UNITED STATES DISTRICT JUDGE